**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 605 EAL 2018
           : 
         Respondent           : 
           :   Petition for Allowance of Appeal from
           :   the Order of the Superior Court
        v.              : 
           : 
           : 
FRANCIS J. BOYD,           : 
           : 
         Petitioner          : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.